UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINA I. COUSINS,

               Plaintiff,               22 **CIVIL** 4225 (OTW)

      -v-                             **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 14, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and a new decision.

**Dated:**  New York, New York
          December 14, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                    **BY:**     *K. Mango*

                                                **Deputy Clerk**